IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN NAVARRO,

        Plaintiff,

  vs.

ERIC WALLQUIST, TYDD
ROHRBOUGH, and CHAD GROSS
doing business as Layton Flower

        Defendants.

**8:26CV230**

**ORDER**

On May 27, 2026, the Court entered an order, Filing No. 17, denying Plaintiff's motion for miscellaneous relief and expedited status conference. Despite this Order, based on Plaintiff's request, the Court scheduled a telephone conference for June 9, 2026, to discuss his motion and attempt to provide guidance regarding some of the issues set forth in his motion. *See* Filing No. 21. Plaintiff was directed to use the case conference instructions assigned to this case, which were filed the same day, to participate. At the time of the conference, Plaintiff did not appear. Filing No. 22. The Court's staff attempted to contact Plaintiff's counsel to no avail. Plaintiff later contacted the Court indicating he was unable to attend due to a hearing in another court running long and subsequently losing his phone.

The Court rescheduled the telephone conference for June 11, 2026. Filing No. 24. Prior to setting this conference, the Court confirmed the date and time worked for all counsel. This Order again instructed Plaintiff to use the case conference instructions assigned to this case to participate. Filing No. 24. At the time of the conference, Plaintiff again did not appear. The Court's staff again unsuccessfully attempted to contact Plaintiff's counsel. The undersigned

terminated the call after waiting over five minutes for Plaintiff's counsel. Counsel for defendants appeared at both conferences.

As of this order, Plaintiff's counsel has failed to appear at <u>two hearings</u> with the Court that were scheduled <u>as his request</u>. This occurred within 48 hours of each other. Such conduct results in an inefficient use of the Court's time and resources and may lead to excess costs to the opposing party.

Accordingly,

IT IS ORDERED that Counsel for Plaintiff is informed that he is REQUIRED to attend all scheduled conferences and hearings. If he cannot appear, he MUST file a motion seeking a continuance or other reasonable relief. The failure to appear at any subsequent conferences or hearings may result in a finding of contempt of court and may result in sanctions including monetary sanctions, payment of opposing counsel's attorney's fees, striking of pleadings, or entry of default, among other things.

Dated this 11th day of June, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge